IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| DAVID MCVAY and RACHEL MCVAY | PLAINTIFFS |
| TRUCK INSURANCE EXCHANGE | INTERVENOR |
| VS.   NO. 4:14cv 346-JLH | |
| MID-WEST EXPRESS, INC. DZEVAD ALIJEVIC, and FARMERS INSURANCE COMPANY, INC. | DEFENDANTS |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs, David McVay and Rachel McVay, submit to the Court that all of their claims as to the Defendant, Farmers Insurance Company have been resolved and this matter should be and is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED this 26th day of April 2015.

_____
Honorable J. Leon Holmes

Prepared by:

Stuart P. Miller
**MITCHELL, WILLIAMS, SELIG
GATES & WOODYARD, P.L.L.C**
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
*Attorney for Farmers Insurance Company, Inc.*

Approved as to Form and Content:

_/s/ Tre Kitchens_____
Lloyd W. "Tre" Kitchens
Lamar Porter
The Brad Hendricks Law Firm
500 C Pleasant Valley Drive
Little Rock, AR 72227
*Attorneys for Plaintiffs*