**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

DAVID MCVAY and
RACHEL MCVAY                                                                              PLAINTIFFS

V.                    **CASE NO.4:14 CV- 346-JLH**

MID-WEST EXPRESS, INC., and
DZEVAD ALIJEVIC                                                                          DEFENDANTS

**STIPULATION OF DISMISSAL**

The undersigned parties to this lawsuit, Plaintiffs David McVay and Rachel McVay, have settled all issues among them as to the remaining Defendants, Mid-West Express, Inc., and Dzevad Alijevic, and stipulate that the Court should enter a dismissal of this action with prejudice against the Defendants, Mid-West Express, Inc., and Dzevad Alijevic.

Respectfully submitted,

THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Dr.
Little Rock, AR 72227
(501) 221-0444
(501) 219-0608 (fax)
lporter@bradhendricks.com

BY:  /s/Lamar Porter
        LAMAR PORTER, ABN 78128

SMITH, WILLIAMS & MEEKS, L.L.P.
Arvest Bank Building
500 Broadway Place, Suite 404
Little Rock, AR  72201
richard@kawlaw.net

BY:    /s/ Richard  A. Smith
        RICHARD  A. SMITH