IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID MCVAY and　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
RACHEL MCVAY

v.　　　　　　　　　　　　No. 4:14CV00346 JLH

MID-WEST EXPRESS, INC.;
and DZEVAD ALIJEVIC　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 28th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE